**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM E. FRANKE, ) | |
| ) | |
|    Plaintiff/Judgment Creditor, ) | |
| ) | |
| v. ) | Case No. 4:11-CV-01860-JCH |
| ) | Return Date:   May 11, 2020 |
| ROBERT P. GREENE, ) | |
| ) | |
|    Defendant/Judgment Debtor. ) | |

### NOTICE OF EXECUTION

Notice is hereby given that a Writ of Execution has been requested by Plaintiff/Judgment Creditor William E. Franke for execution upon the assets of Defendant/Judgment Debtor, Robert P. Greene, in the sum of $531,575.00 as and for the principal balance unsatisfied on the judgment rendered herein pursuant to this Court's Judgment entered March 8, 2013, plus $218.45 per diem as postjudgment interest (calculated as $531,575.00 x 15% divided by 365 days) from and after March 8, 2013 until the date the judgment is satisfied.

Summons to garnishee is returnable May 11, 2020, and summons is to issue to:

GF WELLNESS S. GRAND LLC
Serve: SCW Registered Agent, Inc., Registered Agent
8809 Ladue Rd.
St. Louis, MO 63124

Dated: March 12, 2020

                      Respectfully Submitted,
                      **McCARTHY, LEONARD & KAEMMERER, L.C.**

           By:    /s/ Brian E. McGovern
                      Brian E. McGovern, #34677
                      bmcgovern@mlklaw.com
                      825 Maryville Centre Dr., Suite 300
                      Town & Country, MO 63017

(314) 392-5200 (telephone)
(314) 392-5221 (facsimile)
*Attorney for Plaintiff/Judgment Creditor*
*William E. Franke*