**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| _____, ) | |
| ) | |
| **Plaintiff/Judgment Creditor,** ) | |
| ) | |
| v.  ) | Case No. _____ |
| ) | Returnable _____ |
| _____, ) | |
| ) | |
| **Defendant/Judgment Debtor.** ) | |

**<u>WRIT OF EXECUTION</u>**

UNITED STATES OF AMERICA, Eastern District of Missouri;

The President of the United States of America, To the Marshal of the United States in and for the Eastern District of Missouri,

GREETINGS:

WHEREAS, on the \_\_\_\_\_th day of _____, at the District Court of the United States for the Eastern District of  Missouri, Eastern Division, before our Judge thereof, Plaintiff, _____, recovered against Defendant, _____, damages in the amount of $_____ as and for the principal balance unsatisfied on the judgment rendered herein and in the sum of $_____ (as and for prejudgment interest to the date of trial, for an aggregate balance due of $_____) pursuant to this Court's Judgment entered_____, plus $_____ per diem as postjudgment interest (calculated as $_____ x _____% divided by 365 days) from and after _____, until the date the judgment is satisfied, in an action decided in said court, as appears to us of record, of which no portion of said sum has been paid.

THERE ARE, THEREFORE, to command you, that of the goods and chattels, land and tenaments of the said Defendant and Judgment Debtor, _____, you cause to be made the unpaid balance of $_____, plus per diem interest from and after _____, at the rate of $_____ per day until the date the judgment is satisfied, and that you have the same before the Judge of our said court on _____, to render to the same Plaintiff, _____, and that you certify to our said Judge how you execute this writ.

WITNESS, the Judge of the United States District Court for the Eastern District of Missouri, this \_\_\_th day of_____, 19_____. Issued at office in the City of St. Louis, under the seal of said District Court, the day and year last mentioned.

CLERK, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

By: _____
    Deputy Clerk

Case No. _____  Marshal's Docket No._____

| | |
|---|---|
| Judgment | $_____ |
| Postjudgment interest through \_\_\_/\_\_\_/\_\_\_ | $_____ |
| Total as of \_\_\_/\_\_\_/\_\_\_ | $_____ |