**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM E. FRANKE, ) | |
| ) | |
|    Plaintiff/Judgment Creditor, ) | |
| ) | |
| v. ) | Case No. 4:11-CV-01860-JCH |
| ) | Return Date:  May 11, 2020 |
| ROBERT P. GREENE, ) | |
| ) | |
|    Defendant/Judgment Debtor. ) | |

## SUMMONS TO GARNISHEE

TO:   GF WELLNESS S. GRAND LLC
        Serve: SCW Registered Agent, Inc., Registered Agent
        8809 Ladue Rd.
        St. Louis, MO 63124

        Note: This garnishment and execution is directed to any and all property belonging to and assets of Defendant and Judgment Debtor, ROBERT P. GREENE, including but not limited to any and all depository accounts held in the name of or for the benefit of Robert P. Greene, any income or debts due to said Defendant and Judgment Debtor, and any other property of whatever type belonging to Defendant and Judgment Debtor individually or jointly with any other person or entity, which is in your custody or control, and which is subject to garnishment and execution.

        I, the undersigned private process served appointed by the Court, DO DECLARE TO YOU that I do attach, levy upon and seize in your hands all debts owing by you to the above named Defendant and Judgment Debtor, Robert P. Greene, together with all personal property, money, rights, membership interests, credits, bonds, bills, notes, drafts, checks and all other personal property, as well of other kinds as of the kinds aforesaid, including all manner and kinds of property whatsoever liable to garnishment and execution, of the said Judgment Debtor in your possession or charge or under control, or now owing by you, and all that may come into your possession, charge or control, or become owing by you, between this time and the time of filing your answer herein.

AND I FURTHER DECLARE TO YOU that I do attach, levy upon and seize in your hands all debts now due from you to the same Defendant and Judgment Debtor, Robert P. Greene, and also all that may become due hereafter and before said time of your answer, or so much thereof as shall be sufficient to satisfy the sum of $531,575.00, plus per diem interest from and after March 8, 2013 at the rate of $218.45 per day (calculated as $531,575.00 x 15% divided by 365 days) until the date the judgment is satisfied, plus costs.

AND I FURTHER DECLARE TO YOU that I do summon you as garnishee aforesaid to be and appear before the Judge of the United States District Court, Eastern District of Missouri, Eastern Division, in the City of St. Louis, Missouri, on May 11, 2020, then and there to answer such allegation and interrogatories as may be exhibited by William E. Franke, the above named Plaintiff and Judgment Creditor.

Given under my hand at office in St. Louis, Missouri, this ___ day of _____, 2020.

                                                                                                                      _____
                                                                                                                       JOHN HOUSEMAN
                                                                                                                       CAPTURED INVESTIGATIVE AGENCY