**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM E. FRANKE, ) | |
| ) | |
| Plaintiff/Judgment Creditor, ) | |
| ) | |
| v. ) | Case No. 4:11-CV-01860-JCH |
| ) | Return Date:   May 11, 2020 |
| ROBERT P. GREENE, ) | |
| ) | |
| Defendant/Judgment Debtor. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the original and two copies of Interrogatories Directed to Garnishee were electronically filed with the Clerk of the Court on today's date, to be delivered to the private process server appointed by the Court for service upon garnishee together with Summons to Garnishee addressed as follows:

GF WELLNESS S. GRAND LLC
Serve: SCW Registered Agent, Inc., Registered Agent
8809 Ladue Road
St. Louis, MO 63124

Dated: March 12, 2020

                                                            Respectfully Submitted,

                                                            **McCARTHY, LEONARD & KAEMMERER, L.C.**

                                          By:    /s/ Brian E. McGovern
                                                       Brian E. McGovern, #34677
                                                       bmcgovern@mlklaw.com
                                                       825 Maryville Centre Dr., Suite 300
                                                       Town & Country, MO 63017
                                                       (314) 392-5200 (telephone)
                                                       (314) 392-5221 (facsimile)
                                                       *Attorney for Plaintiff/Judgment Creditor*
                                                       *William E. Franke*