**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM E. FRANKE, ) | |
| ) | |
| Plaintiff/Judgment Creditor, ) | |
| ) | |
| v. ) | Case No. 4:11-CV-01860-JCH |
| ) | Return Date:   May 11, 2020 |
| ROBERT P. GREENE, ) | |
| ) | |
| Defendant/Judgment Debtor. ) | |

**MOTION TO APPOINT PRIVATE PROCESS SERVER**

COMES NOW Plaintiff/Judgment Creditor William E. Franke, by and through his undersigned counsel, and moves this Court to appoint John Houseman of Captured Investigative Agency as a private process server in the above-styled cause of action for service of garnishment and/or execution documents on garnishee GF WELLNESS S. GRAND LLC.  John Houseman and Captured Investigative Agency possess the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

NAME AND ADDRESS OF PROCESS SERVER:
John Houseman
Captured Investigative Agency
8235 Forsyth Blvd., #1100
Clayton, MO 63105

Dated: March 12, 2020

Respectfully Submitted,

**McCARTHY, LEONARD & KAEMMERER, L.C.**

By:   /s/ Brian E. McGovern
Brian E. McGovern, #34677
bmcgovern@mlklaw.com
825 Maryville Centre Dr., Suite 300
Town & Country, MO 63017
(314) 392-5200 (telephone)
(314) 392-5221 (facsimile)
*Attorney for Plaintiff/Judgment Creditor
William E. Franke*